STATE of Missouri, Respondent,

v.

Stephen FLANIGAN,
Defendant/Appellant.

No. 61331.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 22, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Feb. 10, 1993.

Emily N. Blood, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

Defendant appeals from a jury conviction for unlawful use of a weapon in violation of § 571.030.1(1) RSMo 1986. Defendant was sentenced as a prior and persistent offender to ten years' imprisonment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).